TCL
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JOSE ALBERTO ARROYO-SOTELO

Case No. 25-mj-703 ECW

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about October 10, 2025, in the State and District of Minnesota, defendant,

attempted to and did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: a special agent of the Department Homeland Security Investigations, who was engaged in the performance of official duties, and attempted to and did cause physical contact, and with a dangerous weapon;

all in violation of Title 18, United States Code, Section 111(a)(1) and (b).

I further state that I am a special agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes ☐ No

_____
Complainant's signature

Alyssa Leary
FBI Special Agent
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Date:   October 17, 2025

City and State: St. Paul, MN

_____
Judge's Signature

Elizabeth Cowan Wright
United States Magistrate Judge
Printed Name and Title