UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-439 DWF/EMB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 111(a)(1) |
| | 18 U.S.C. § 111(b) |
| v. | 18 U.S.C. § 1326(a)(1) |
| JOSE ALBERTO ARROYO-SOTELO, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault on a Federal Officer)

On or about the October 10, 2025, in the State and District of Minnesota, the defendant,

**JOSE ALBERTO ARROYO-SOTELO,**

attempted to and did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: a Special Agent of Homeland Security Investigations, who was engaged in official duties during such person's term of service, and attempted to and did cause physical contact and inflicted bodily injury, and with a dangerous weapon, all in violation of Title 18, United States Code, Section 111(a)(1) and (b).



## COUNT 2
(Reentry of Removed Alien)

On or about October 10, 2025, in the State and District of Minnesota, the defendant,

**JOSE ALBERTO ARROYO-SOTELO,**

an alien, was found in the United States after having been removed therefrom on or about January 18, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States; all in violation of Title 18, United States Code, Section 1326(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                FOREPERSON